**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:07CR00127-012   SWW

ANDREA OAKLEY

### ORDER

The above entitled cause came on for hearing on government's motion to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of her probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby, **revoked,** granting government's motion [doc #601]. Defendant shall serve a term of imprisonment of **NINE (9) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be placed in a facility as close to Central Arkansas as possible and that defendant participate in residential or non-residential substance abuse treatment program during incarceration.

IT IS FURTHER ORDERED that the special assessment in the amount of $100.00 is mandatory and payable to the U. S. District Court, Eastern District of Arkansas, during incarceration. During incarceration, the defendant will pay 50% per month of all funds that are available to her.

There will be **NO** supervised release to follow.

The defendant is remanded to the custody of the U. S. Marshal for transport to designated facility for service of her sentence.

IT IS SO ORDERED this 10th day of November 2010.

/s/Susan Webber Wright

United States District Judge